STATE OF NEW YORK    )
                     :SS.:
COUNTY OF NEW YORK   )

RICH GAGE, being sworn, says: I am not a party to the action, am over 18 years of age and reside in BROOKLYN, NEW YORK.

On the 18th day of August, 2008, I served the within **ORDER, dated August 14, 2008,** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   Distinct Contracting of New York Inc.
      18-37 Clintonville Street
      Whitestone, NY 11357

                                                              _____
                                                              RICH GAGE

Sworn to before me this
18th day of August, 2008

_____
NOTARY PUBLIC

                        RAUL GARCIA
                Notary Public, State of New York
                        No. 02GA6056458
                    Qualified in Kings County
                Commission Expires April 2, 2011